

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

DONNELLY, J.

BLOOM, M.J.

1. ETERI KHOLOST
2. LEONID LEONTIEV

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

1) U.S. Department of Housing and Urban Development, Multifamily Northeast Region.
2) Real Page, Inc.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. CV 16 - 6651
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☒ No
*(check one)*

RECEIVED
NOV 30 2016
PRO SE OFFICE

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ETERI KHOLOST and LEONID LEONTIEV |
| Street Address | 1580 EAST 13TH St. APT. 2M |
| City and County | Brooklyn, Kings |
| State and Zip Code | New York, 11230-7127 |
| Telephone Number | (718) 998-6725 |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | U.S. Department of Housing and |
| Job or Title (if known) | Urban Development, Multifamily Northeast Region, New York Regional |
| Street Address | Center, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541 |
| City and County | |
| State and Zip Code | New York, NY 10278-0068 |
| Telephone Number | (212) 264-8000 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Real Page, Inc. |
| Job or Title (if known) | |
| Street Address | 4000 International Parkway |
| City and County | Carrollton |
| State and Zip Code | Tehas, 75007 |
| Telephone Number | (972)820-3000 |
| E-mail Address (if known) | www.realpage.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

- ☐ State or local officials (a § 1983 claim)
- ☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1. Our right to Federally Subsidized Housing Program.
2. The Federal Fair Credit Reporting Act (FCRA).
3. Freedom of Information Act (FOIA).

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1. The defendant twice for some years illegally deprived us of the right to an affordable housing. She refused to show what regulation was applied. She falsified and wrongly interpreted the data.
2. The Real Page provided for HUD not existing in Trans Union records alert and categorically avoids to clarify it.

## III. Statement of Claim

My husband and I (retired, low income senior citizens) were deceived two times when it was our turn to get a subsidized apartment at **Bensonhurst Housing for Elderly at 2164 78th Street, Brooklyn, NY 11214, Manager Danessa Gaston, dgaston@multifamilymgt.com.**

In January 2009 – our names were placed on the waiting list, application #2225 (Please, see Exhibit 1).

In autumn 2015 – we accidentally found out that our application was denied some years ago because the letter, offering to occupy an available apartment, came back to office unopened. But ! we were at home all this time and the application keeps 4 !!! additional contacts to connect (Exhibit 2). And no attempts were made by Ms. Gaston to find us by phone or by mail. We did not give up and finally our waitlist number was restored (Exhibit 3).

On April 5, 2016 – we had an appointment to see an apartment which we agreed to take (Exhibit 4).

On April 18, 2016 – we received a letter with denial of our application (Exhibits 5, 6, 7, 8, 9). But it was totally fabricated. The following shows and alleges:

**1)** There were **no alerts** in our **TransUnion records** (Exhibits 10, 11, 12, 13).

**2)** Our SSN(s) were easily verified (otherwise we wouldn't get the credit reports).

**3)** Even this phantom **(not existing) "TransUnionHawkAlert"** was suggesting only to check our identity more closely – **no more!** (Exhibit 14).

**4)** The **"Additional Information"** and **"Inquiry Analysis"** of our reports (Exhibit 11, 12) not only indicate **"no alerts"** or **"no Special Messages"**, but show the effort of Ms. Gaston to create them by means of insertion of inaccurate residential information.

**5)** Besides, our **income information** was doubled by Ms.Gaston (Exhibit 8, 15) and we became the swindlers who get benefits and avoid paying income taxes. The "crosscheck" of **Program 8** may surely defined it.

**6)** And finally, compare, please, "Exhibit 7" with "Exhibit 13". Their contradiction speaks for itself.

However, where did Real Page take this **"TransUnionHawkAlert"**? On the one hand, **TransUnion** rejects its authorship categorically (Exhibits 10, 11, 12). On the other hand, the **Real Page** categorically avoids to clarify it (Exhibit 16). **We have a reason to suspect we faced the crime with deep roots and that the state subsidies are used by grafters.**

On April 21, 2016 – we delivered to Ms. Gaston our **TransUnion consumer credit report** dated on **04/21/2016** which indicates **no alerts** (witness: superintendent).

All our attempts to discuss these "mistakes" with Ms. Gaston were turned down. She refused to answer our phone calls. Certified letters came back unopened (Exhibit 17). And our requests for face-to-face meeting were turned down too.

On May 03, 2016 – we came to the office to speak with Ms. Gaston, but she refused to hear us and when we politely insisted, she called the police. Two policemen came and could not understand why they were called.

On June 28, 2016 – we delivered our complaint and all materials to **HUD** (Exhibit 18).

On October 29 – we have received the respond from **HUD** (after four months of expectation !), but it was the next trick of HUD's officials that had nothing to do with sense of our claim (Exhibit 19).

At last we realized that only American Justice may help us.

**IV. Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Since autumn 2015 we are living under the big stress and despair because we faced the vicious cycle of corruption. It was the hell to find out any information or to get any help from social or legal services.

Any crimination like "Fraud Alert" kills old men outright and the physical and moral injuries are becoming inevitable. Our health has worsened too.

**V. Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. We want to get an apartment in that building as soon as possible.
2. We want violators to be punished.
3. We are in difficulty to estimate all losses of our budget and healf caused us by both defendants. We respectfully ask the Federal Court to define the relief which the Federal Court finds to be just and proper.

**VI. Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/30, 2016.

Signature of Plaintiffs Eteri Kholost and Leonid Leontiev

Printed Name of Plaintiffs ETERI KHOLOST and LEONID LEONTIEV

**WAITING LIST NOTICE**

Bensonhurst Housing/Elderly
Elderly HDFC, Inc.
200 West 57th St., Suite 702
New York, NY 10019

January 9, 2009

Rec
1/14/09

Eteri Kholost
1580 East 13 Street, 2M
Brooklyn, NY 11230

**Re: Application # 2225**

Dear Applicant:

Thank you for your application to Bensonhurst Housing/Elderly. According to the information you have provided about your age, your income and your family composition, you are apparently eligible for housing assistance under the federal Section 8 program at Bensonhurst Housing/Elderly.

Among eligible applicants, Bensonhurst Housing/Elderly gives Owner's preference to applicants who: 1) pay more than 50 percent of their income in rent; 2) live in substandard housing conditions or are homeless; or 3) are being forced by circumstances beyond their control to leave their current housing. Based on our preliminary review, your application has been assigned the status indicated by the check mark below:

__✓__ We have placed your name on our waiting list **with** an Owner's preference. We will get in touch with you as soon as we can schedule an interview about an available apartment. **Expect to wait more than one year to hear from us.**

______ We have placed your name on our waiting list **without** an Owner's preference. Although your name may remain on the waiting list, your application cannot be considered further until all applications with an Owner's preference have been considered. If your circumstances change in future so that you can claim an Owner's preference, you may notify us of this change, and we will reclassify you on the waiting list.

If you disagree with our decision about the status of your application on the waiting list, you may write to us at the address above or call us at (212) 865-6985 within 14 days of the date of this letter to discuss our decision.

Please note: All applicants on the waiting list, whatever their status, must notify us in writing every six months in order to remain on the list. You must refer to the application number written at the top of this letter whenever you call or write.

Sincerely yours,

Bensonhurst Housing/Elderly

Exhibit 2

**REFERENCES**

Please provide the name, address and phone number of two personal references. You may give the name of your next of kin or someone who knows you well.

1. Margo Klein
10524 63 rd Dr
apt 1R
Forest Hills, NY 11375
Phone 1(212) 885-0836

2. NATALIE GANDELSMAN
10524 63 rd Dr Apt 1p
Forest Hills, NY 11375
Phone 1(718) 275-8438

Please provide the name, address and phone number of (1) your Primary Physician and of (2) the Social Work Agency or Community Center that you visit (if applicable).

1. YANINA BELOTSERKOVSKAYA M.D.
1220 AVENUE P
BROOKLYN, NY 11229
(718) 376-1004

2. NONE

**PREVIOUS RENTAL HISTORY**

Name and address of your **present** Landlord:

Galina Polissky Phone No. (718)-332-1862
75 OCEANA DRIVE EAST Ap2H How long have you lived there? SIX YEARS
BROOKLYN NY 11235 Reason for leaving? Rent

Name and address of your **former** Landlord:

Galina Polissky Phone No. 1(718) 332-1862
75 OCEANA DRIVE EAST Ap#2H How long did you live there? 7 YEARS
BROOKLYN NY 11235 Reason for leaving? Renovation

Exhibit 3

**BENSONHURST HOUSING FOR THE ELDERLY**
**2164 78TH Street**
**Brooklyn, NY 11214**

11/20/2015

Eteri Kholost
1580 East 13 St., Apt. 2M
Brooklyn, NY 11230

**Re: Waitlist #2225**

Dear Applicant:

After conducting an investigation to your complaint regarding your application to Bensonhurst Housing for the Elderly, management has decided that your application will be reinstated to the original date of your application on the waiting list. Please use your waitlist number 2178 as reference when inquiring your status to your application. The waitlist number 2761 is NO LONGER ACTIVE and will be considered as a duplicate to waitlist number 2178.

Management will contact you in writing and via phone to set up an appointment for an interview in a future date when a unit becomes available.

If you have any questions please feel free to contact the office 718-234-5470.

Sincerely,

Management

COMMENTS OF PLAINTIFFS
What is it: # 2225, 2178, 2761?
The dance of waitlist numbers?

Exhibit 4

**BENSONHURST HOUSING FOR THE ELDERLY**
**2164 78TH Street**
**Brooklyn, NY 11214**

March 23, 2016

Eteri Kholost
1580 East 13th Street, Apt 2M
Brooklyn NY 11230

**Re: Waitlist #2225**

Dear Applicant:

This letter is to inform you that we will soon have a one apartment available for occupancy at Bensonhurst Housing for the Elderly. We will need to meet with you to for an interview to determine if you meet the requirements as stated in our tenant selection plan.

If you are interested you must contact the Management Office by phone/ **regular mail** (5) five business days to confirm the appointment we have scheduled and have the following documents ready for your interview:

1. Birth Certificate, Driver License, Photo Identification, social security card, alien registration card, pass port and citizenship papers
2. Landlord contact info, 6 month's worth of copy of lease, rent receipts, con Edison bills, gas bills Scrie/Drie
3. **Current date** of Proof of income, wages 4-6 paystubs, award letter from social security office with the recent date, SSP letter, pension, budget letter from public assistance, annuity and retirement.
4. Bank statements, 6 months every page of checking, most current savings, annuity of assets, life insurance policy, certificate of deposits, IRA, money markets. If you filed taxes please bring the most current tax returns 1040.
5. **Please bring a translator if needed.**

Please respond to confirm this appointment:

**April 5, 2016 2:00 pm**    _✓_ **Yes** ____ **No**    Eteri Kholost

**Please be advised this is just an interview this does not guarantee an apartment. If you don't respond you application will be removed from wait list.**

Please contact us 718-943-6329 Monday-Thursday after 12pm if you have any question.

Sincerely,

Bensonhurst Housing for the Elderly does not discriminate on the basis of handicapped status in the admission or access to, or treatment or employment in, its federally assisted programs and activities. The person, named below has been designated to coordinate compliance with the nondiscrimination requirements contained in the Department of Housing and Urban Development's regulations implementing Section 504 (24 CFR Part 8 dated June 2, 1998).

Exhibit 5

**DENY APPLICATION**

Date: 04/13/2016

From: Danessa Gaston, Property Manager / Agent for Owner
Bensonhurst Housing for the Elderly
2164 78th St
Brooklyn, NY 11214-1536
(718) 234-5470
dgaston@multifamilymgt.com

To: ETERI KHOLOST
1580 E 13th St Apt 2M

Brooklyn, NY 11230-7127

Dear ETERI KHOLOST:

We are sorry to let you know that we must reject your application because you have failed our screening. When we ran your credit report the credit bureau was unable to verify your social security number due to a fraud alert. Attached to this letter I am providing a copy of your credit report along with the number to the credit bureau Trans Union (800) 816-8800, who you should contact in order to resolve this issue.

Please note we cannot correct any bureau information.

If you want to discuss this decision, you must write to us or call us within 14 days. You can call us at (718) 234-5470.

Sincerely,

By [signature]

Danessa Gaston, Property Manager / Agent for Owner

Note: Persons with disabilities have the right to request reasonable accommodations to participate in the informal hearing process.

Please see page 17 for details

4/13/2016

ETERI KHOLOST
1580 E 13th St Apt 2M
Brooklyn, NY 11230-7127, US

Thank you for your recent application. Your request for a leasing agreement was carefully considered and we regret that we are unable to approve your application at this time for the following reason(s):

Fraud alert

Our decision was based in whole or in part on information obtained in a report from the consumer reporting agencies listed below. Neither consumer reporting agency played a part in our decision and are unable to supply specific reasons why we have made this decision on your leasing application. LEONID LEONTIEV. You have the right under the Fair Credit Reporting Act to know the information contained in your file at the consumer reporting agencies. You also have a right to a free copy of your report from each consumer reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the respective consumer reporting agency.

Trans Union<
Post Office Box 2000<
Chester, PA, 19022<
(800) 888-4213<

RealPage, Inc.
4000 International Parkway
Carrollton, Texas, 75007
(866) 934-1124
http://www.realpage.com/consumer-dispute

Please be advised that 'Fraud Alert' may mean that you have placed a fraud alert on your credit file and the national credit bureau that reported the information (listed below) has reported this to us. If you have not requested a fraud alert with the bureau, then there was some discrepancy in the information you provided at the time of application.

If you disagree with this decision, you have 14 days to respond in writing or request a meeting to dispute the rejection.
Persons with disabilities have the right to request reasonable accommodations to participate in the informal hearing process.

Sincerely,
Bensonhurst Housing for the Elderly

Please see page 17 for details

Exhibit 7

4/13/2016

LEONID LEONTIEV
1580 E 13th St Apt 2M
Brooklyn, NY 11230-7127, US

Thank you for your recent application. Your request for a leasing agreement was carefully considered and we regret that we are unable to approve your application at this time for the following reason(s):

Fraud alert

Our decision was based in whole or in part on information obtained in a report from the consumer reporting agencies listed below. Neither consumer reporting agency played a part in our decision and are unable to supply specific reasons why we have made this decision on your leasing application. ETERI KHOLOST. You have the right under the Fair Credit Reporting Act to know the information contained in your file at the consumer reporting agencies. You also have a right to a free copy of your report from each consumer reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the respective consumer reporting agency.

Trans Union<
Post Office Box 2000<
Chester, PA, 19022<
(800) 888-4213<

RealPage, Inc.
4000 International Parkway
Carrollton, Texas, 75007
(866) 934-1124
http://www.realpage.com/consumer-dispute

Please be advised that 'Fraud Alert' may mean that you have placed a fraud alert on your credit file and the national credit bureau that reported the information (listed below) has reported this to us. If you have not requested a fraud alert with the bureau, then there was some discrepancy in the information you provided at the time of application.

If you disagree with this decision, you have 14 days to respond in writing or request a meeting to dispute the rejection.

Persons with disabilities have the right to request reasonable accommodations to participate in the informal hearing process.

Sincerely,
Bensonhurst Housing for the Elderly

Please see page 17 for details

Exhibit 8

F

The final result is Fail

Print

Applicant Type

Section 8

ETERI KHOLOST

Scoring Factors

Score

No Record

- Alerts (Details)
- Federal Criminal (Details)
- Sex Offender Criminal (Details)
- Criminal (Details)
- Rental History & Eviction (Details)
- Check Writing History (Details)
- Custom Questions

LEONID LEONTIEV

| Lease | | Property | | Notes |
|---|---|---|---|---|
| Monthly Rent | 1000 | Property Name | Bensonhurst Housing for the Elderly | |
| Monthly Income | 2370 | Submitted By | Danessa Gaston | |
| Annual Income | 28440 | Submission Date | 04/05/2016 | |
| Potential | NA | Decision By | ? | |
| Rent Limits | NA | Decision Date | ? | |

COMMENTS OF PLAINTIFFS

Our joint monthly income is $ 1,185.
Our joint annual income is $ 14,220 (Exhibit 15).

Please see page 17 for details.

*Please see page 17 for details* *Exhibit 9*

Print

☑ Display Disclosures in Report

**ETERI KHOLOST**

| | | | |
|---|---|---|---|
| Address | 1580 13th St Brooklyn, NY 11230-7127, US | Date/time | 4/13/2016 3:35:05 PM |
| | | RealPage Applicant Screening | (866)934-1124 |
| Previous Address | 1580 E 13th St Apt 2M Brooklyn, NY 11230-7127 | Birth date | 12/22/xxxx |
| | | SSN / ITIN | xxx-xx-9791 |
| Gender | Female | US Photo ID | NY xxxxx7157 |

**TeleCheck report**

Run date 4/5/2016

For more information, please have the Record ID available and call TeleCheck at (800) 366-2425.

Name: ETERI KHOLOST Details: APPROVED 4111 Source: TeleCheck

Record ID: 0 Response: Approved

**Credit report**

Name ETERI KHOLOST File date 2007-02 Run date 4/5/2016

**Credit bureau warning message**

| TransUnionHAWKAlert |
|---|
| TUC: (code: 5502) ** HAWK ALERT: Input SSN associated with additional subject(s) not displayed/returned |

**Name Variation**

| Name |
|---|

**Previous addresses**

| Address | County | Reported Dates |
|---|---|---|
| Current Address:1580 13th St Brooklyn NY 11230-7127 | Kings County | |
| Previous Address:1580 E 13TH BROOKLYN NY 11230 | Kings County | From: 2007-02 |

**FICO**

| Scoring Factors |
|---|
| Scoring Factors are not available. |

**Financial detail totals**

Medical, Student Loan, Bankruptcy, Rental Collections

| Applicant | FICO | Credit lmt | Unpaid bal | Open amt | Mthly pymt | 30 | 60 | 90 | Pos | Neg | Non | Inquiries |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ETERI KHOLOST | Not Provided | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |

**Financial detail**

**Credit inquiries**

| Party Inquiring | Date |
|---|---|
| REAL PAGE | 2016-04-05 |

**Criminal report**

**No criminal records found for this applicant**

| Criminal Records Searched |
|---|
| National Criminal Database |
| National Sex Offender Registry |
| National Wanted Terrorist/Fugitive Database |
| Disclosure From Jurisdictions Returning Results |

**Suits & Judgments for Eviction, Possession and/or Non-Payment of Rent Report**

**No eviction filings and/or judgments found for this applicant**

**LeasingDesk Inquiries**

Consumer inquiries over the last 12 months

**Credit report - Important information**

This report is furnished solely for the Permissible Purpose stated in the RealPage, Inc Applicant Screening Agreement. It is provided solely to aid your determination of the advisability of extending credit to the subject of this report. It contains

**COMMENTS OF PLAINTIFFS**
**(About the denial letter: Exhibits 5, 6, 7, 8, 9)**

1) All statements were faked, our income was doubled (Exhibit 8), the ordinance on which rejection was based was not mentioned.

2) My **SSN** was easily verified, otherwise I couldn't get the credit report online (Exhibit 10).

3) The attached by Ms. Gaston report showed the **hawk alert** but not the **fraud alert** (Exhibit 9).

4) The **"TransUnionHawkAlert"** was invented by Real Page too: please, see an **"Additional Information"** of Trans Union credit reports which displays **"No alerts"** (Exhibit 11, 12). Where did "Real Page" take this alert from? Maybe borrowed from devil to kill old men without a gun?

5) Even this phantom **"TransUnionHawkAlert"** was suggesting to check the identity of applicants more closely because of some inaccurate data we never inserted ourselves – no more! (Exhibit 14).

6) Of course, we reached the Trans Union immediately and they assured us that we never had any alerts in their records, that it can be seen in **"Additional Information"** of their reports and that we surely can be at law with violators.

7) And of course, we contacted the Real Page by phone and by mail. The "Exhibit 16" shows the sample of numerous regular and certified letters we have sent to them. We asked to explain on what facts this alert was based, what its codes and trade language mean and where they took it from. **No** adequate answers were received.

8) And finally compare, please, **"Exhibit 7"** with **"Exhibit 13"**. Their contradiction speaks for itself.

**CONCLUSION OF PLAINTIFFS**

The two structures (**HUD** and reseller of information **Real Page, Inc.**) working in collaboration with each other, have committed an action against the old senior citizens. The question is: what for? We think that such trend is very dangerous for our country, but American Justice will overcome it.

**TO WHOM IT MAY CONCERN:**

We omit all abuses we endured because of Ms.Gaston and her assistant Mrs. Turetsky (Mrs. Turetsky is a social worker referred from Community House of Bensonhurst to Bensonhurst Housing for Elderly by contract). Both behaved insolently and hinted that nobody controls them. They tried to cheat us. For example, they were convincing us while interviewing that we don't have a right to subsidized apartment by reason of the absence of so called "Frozen Rent".

We applied for help to Community House of Bensonhurst located near the Bensonhurst Housing for Elderly wall to wall and associated with it by many contracts. We applied directly to such officials as Director Mr. Budnitskiy, Director of Social Services Mrs. Levine and Director of Immigrant Service Mr. Vishnevskiy. Instead of any help they asked us: "What pills do you take?" We felt we confront the vicious cycle of corruption: even the legal counsels in legal services when they heard "HUD", hid under the table. We are ready to testify.

Exhibit 10 (Page 1 of 3)

TransUnion

| | |
|---|---|
| Subscriber Name: | MARKS JCH OF |
| Subscriber Code/Market: | P 3752229 17 02 |
| Results Issued: | 4/21/16 11:02 CT |

**INPUT PARAMETERS FOR PRIMARY SUBJECT**

| | |
|---|---|
| Reference ID: | |
| SSN: | xxx-xx-9791 |
| Name: | Kholost, Eteri |
| Current Address: | 1580 east 13th street Brooklyn NY.11230 |

# TRANSUNION CONSUMER CREDIT REPORT

KHOLOST , ETERI

**Also Known As:** **SSN:** 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 **Phone:** **In File Since:** 2/07

**Date of Birth:**

**Current Address:**
1580 E 13TH
BROOKLYN NY. 11230
**Reported 2/07**

## SCORING

| Type | Score | Explanation |
|---|---|---|
| FICO SCORE 4 | | Not Scored: Insufficient Credit |

**TRANSUNION CONSUMER CREDIT REPORT**

Results Issued: 4/21/16 11:02 CT
Page: 2 of 3

**CREDITVISION CREDIT SUMMARY** 12-Month History

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Public Records: | n/a | Collections: | n/a | Open Accounts (Total): | n/a(n/a) | Inquiries: | 1 |
| Current Number of Delinquent Accounts: | n/a | Historically Delinquent Accounts: | n/a | Historical Delinquencies: | n/a | Most Recent Delinquency Date (MOP): | n/a |

**ACCOUNT SUMMARY**

| | Credit Limit | Balance | Past Due | Payment Due | Prior Month Pymnt Due | Payment Made |
|---|---|---|---|---|---|---|
| TOTAL | | | | | | |

19

Exhibit 10 (Page 2 of 3)

Exhibit 10 (Page 3 of 3)

TRANSUNION CONSUMER CREDIT REPORT

Results Issued: 4/21/16 11:02 CT
Page: 3 of 3

## INQUIRIES

| Date | Subscriber Name (Code) | Type | Amount |
|---|---|---|---|
| 4/05/16 | REAL PAGE (RDF0004001 SCT) | | |

## ADDRESS ANALYSIS

Input Current to File Address 1

House #: Y Dir: I Street: N Type: I City: Y State: Y Zip: Y Apt #: I

## REPORT SERVICED BY

TRANSUNION
(800) 888-4213
P.O. BOX 1000, CHESTER, PA 19022
CONSUMER DISCLOSURES CAN BE OBTAINED ONLINE THROUGH TRANSUNION AT:
HTTP://WWW.TRANSUNION.COM

END OF TRANSUNION REPORT

Achieve more™ with TransUnion

Exhibit 11 (Page 1 of 2)

Page: 1 of 2

File Number: 363639270
Date Issued: 04/28/2016

TransUnion.

-Begin Credit Report-

## Personal Information

You have been on our files since 02/07/2007

SSN: XXX-XX-9791

**Names Reported:** ETERI KHOLOST

**Addresses Reported:**

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 1580 E 13TH ST APT 2M, BROOKLYN, NY 11230-7127 | 04/28/2016 | 1580 E 13TH, BROOKLYN, NY 11230 | 02/07/2007 |

**Telephone Numbers Reported:**
(718) 998-6725

## Regular Inquiries

**MULTIFAMILY MANAGEME via REAL PAGE** ( 4000 INTERNATIONAL, CARROLLTON, TX 75007, (972) 820-3000 )
**Inquiry Type:** Individual
**Permissible Purpose:** TENANT SCREENING
**Requested On:** 04/05/2016

## Promotional Inquiries

**JPMORGAN CHASE BANK NA** ( 2500 WESTFIELD DR, ELGIN, IL 60124, (800) 955-9000 )
**Requested On:** 03/31/2016, 02/03/2016, 12/04/2015, 10/03/2015, 07/03/2015

## Account Review Inquiries

**MARKS JCH OF BENSONHURST** ( 7802 BAY PARKWAY, BROOKLYN, NY 11214, (718) 943-6387 )
**Requested On:** 04/21/2016

-End of Credit Report-

## Should you wish to contact TransUnion, you may do so,

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

-Begin Additional Information-

## Additional Information

The following disclosure of information is provided as a courtesy to you. This information is not part of your TransUnion credit file, but may be provided when TransUnion receives an inquiry about you from an authorized party. This additional information can include Special Messages, Possible Office of Foreign Assets Control ("OFAC") Name Matches, and Inquiry Analysis Information. Any of the previously listed information that pertains to you will be listed below.

**To dispute online go to: http://transunion.com/disputeonline**

Exhibit 11 (Page 2 of 2)

Page: 2 of 2
Consumer Credit Report for ETERI KHOLOST
File Number: 363639270 Date Issued: 04/28/2016

## Inquiry Analysis

**The companies that request your credit report must first provide certain information about you. Within the past 90 days, companies that requested your report provided the following information.**

**MULTIFAMILY MANAGEME via REAL PAGE**
Identifying information they provided:
ETERI KHOLOST
1580 13TH ST
BROOKLYN, NY 11230-7127
1580 13TH ST 13
BROOKLYN, NY 11230-7127
**Requested On:** 04/05/2016

**-End of Additional Information-**

.00000N.

Page 22

**To dispute online go to: http://transunion.com/disputeonline**

Exhibit 12 (Page 1 of 2)

File Number: 365161799
Date Issued: 06/20/2016

TransUnion.

**-Begin Credit Report-**

## Personal Information

You have been on our files since 04/05/2016

SSN: XXX-XX-9792

Date of Birth: 03/09/1949

**Names Reported:** LEONID LEONTIEV

**Addresses Reported:**

| Address | Date Reported |
|---|---|
| , 1580 E 13TH ST APT 2M, BROOKLYN, NY 11230-7127 | 04/05/2016 |

## Regular Inquiries

**MULTIFAMILY MANAGEME via REAL PAGE** ( 4000 INTERNATIONAL, CARROLLTON, TX 75007, (972) 820-3000 )
Permissible Purpose: TENANT SCREENING
Requested On: 04/05/2016

Inquiry Type: Individual

## Account Review Inquiries

**FACTACT FREE DISCLOSURE** ( P O BOX 1000, CHESTER, PA 19016, (800) 888-4213 )
Requested On: 06/20/2016

**-End of Credit Report-**

## Should you wish to contact TransUnion, you may do so,

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

**-Begin Additional Information-**

## Additional Information

The following disclosure of information is provided as a courtesy to you. This information is not part of your TransUnion credit file, but may be provided when TransUnion receives an inquiry about you from an authorized party. This additional information can include Special Messages, Possible Office of Foreign Assets Control ("OFAC") Name Matches, and Inquiry Analysis Information. Any of the previously listed information that pertains to you will be listed below.

**To dispute online go to: http://transunion.com/disputeonline**

Exhibit 12 (Page 2 of 2)
Page: 2 of 2
Consumer Credit Report for LEONID LEONTIEV File Number: 365161799 Date Issued: 06/20/2016

# Inquiry Analysis

The companies that request your credit report must first provide certain information about you. Within the past 90 days, companies that requested your report provided the following information.

**MULTIFAMILY MANAGEME via REAL PAGE**
Identifying information they provided:
LEONID LEONTIEV
1580 13TH ST
BROOKLYN, NY 11230-7127
1580 13TH ST 13
BROOKLYN, NY 11230-7160
**Requested On:** 04/05/2016

**-End of Additional Information-**

Page 24
To dispute online go to: http://transunion.com/disputeonline

Exhibit 13

LEASINGDESK
Point of Lease Systems

4000 International Parkway
Carrollton, Texas 75007-1913
Phone 866-934-1124
Fax 972-820-3608
www.realpage.com

August 5, 2016

Leonid Leongiev
1580 E 13th Street Apt 2M
Brooklyn, NY 11230

SF03639804

Dear Leonid Leongiev,

Thank you for notifying LeasingDesk regarding the accuracy and/or completeness of certain information that is contained in your consumer file. LeasingDesk does not change information contained in a consumer file if the disputed information is accurate. If LeasingDesk's investigation reveals that the disputed information is inaccurate, incomplete, or cannot be verified, then LeasingDesk will delete or correct the disputed information.

In regards to your credit dispute, unfortunately we are unable to initiate a dispute on your behalf as the item you are disputing, **fraud alert**, is not on your Consumer Report.

You have the right to file with LeasingDesk a brief statement disputing any of the information contained in your file. If you choose to do so, then LeasingDesk will include the statement or a summary of it in future reports that LeasingDesk prepares.

Enclosed is a summary of your rights under the Fair Credit Reporting Act and certain other documents that may be required if you are a resident of a state that may require LeasingDesk to provide you with additional information. Please feel free to contact us with any questions you may have regarding this matter at (866) 934-1124 during normal business hours. You also may contact us in writing at RealPage, 4000 International Parkway, Carrollton, Texas 75007.

Sincerely,

The Consumer Disputes Team
Leasing Desk Operations
4000 International Parkway
Carrollton, Texas 75007
1-866-934-1124

RealPage, Inc.



Exhibit 14

4000 International Parkway
Carrollton, Texas 75007-1913
Phone 866-934-1124
Fax 972-820-3608
www.realpage.com

August 5, 2016

Etheri Kholost
1580 E 13th Street Apt 2M
Brooklyn, NY 11230

SF03664186

Dear Etheri Kholost,

Thank you for notifying LeasingDesk regarding the accuracy, completeness and/or use of certain information that is contained in your consumer file.

**In regards to your dispute, unfortunately we are unable to initiate a dispute on your behalf. It alerts credit grantors to check the identification of the person making the application to ensure that the applicant is the actual customer. This statement is not part of the credit file; any dispute regarding identification information should be referenced to the specific identification information in dispute on the credit file.**

Should you need to dispute a specific item on your consumer report, we would be happy to assist you. If this is true, you may resubmit your dispute or contact us for additional questions.

You have the right to file with LeasingDesk a brief statement disputing any of the information contained in your file. If you choose to do so, then LeasingDesk will include the statement or a summary of it in future reports that LeasingDesk prepares.

Enclosed is a summary of your rights under the Fair Credit Reporting Act and certain other documents that may be required if you are a resident of a state that may require LeasingDesk to provide you with additional information. Please feel free to contact us with any questions you may have regarding this matter at (866) 934-1124 during normal business hours. You also may contact us in writing at RealPage, 4000 International Parkway, Carrollton, Texas 75007.

Sincerely,

**Consumer Dispute**
The Consumer Disputes Team
**Leasing Desk Operations**
**4000 International Parkway**
**Carrollton, Texas 75007**
**1-866-934-1124**

COMMENTS OF PLAINTIFFS

Please pay attention to underlined. And yes, this statement is not part of the credit file, but it must be part of Trans Union "Additional Information" in Trans Union credit reports (Exhibits 11, 12). Otherwise this is a fake.

Exhibit 15 (Page 1 of 3)

2642189

# Your Benefit Amount

BENEFICIARY'S NAME: ETERI KHOLOST

We review Social Security benefits each year to make sure they keep up with the cost of living. The law does not permit an increase in benefits when there is no increase in the cost of living. So your benefit will stay the same in 2016. There was no increase in the cost of living during the past year based on the Consumer Price Index (CPI) published by the Department of Labor. The CPI is the Federal government's official measure used to calculate cost of living increases.

**How Much Will I Get And When?**

| | |
|---|---|
| • Your monthly amount (before deductions) is | $811.00 |
| • The amount we deduct for Medicare medical insurance is (If you did not have Medicare as of November 20, 2015, or if someone else pays your premium, we show $0.00.) | $0.00 |
| • The amount we deduct for your Medicare prescription drug plan is (If you did not elect withholding as of November 1, 2015, we show $0.00.) | $0.00 |
| • The amount we deduct for voluntary Federal tax withholding is (If you did not elect voluntary tax withholding as of November 20, 2015, we show $0.00.) | $0.00 |
| • After we take any other deductions, you will receive on or about Dec. 31, 2015. | $811.00 |

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at ***www.godirect.org*** online.

**What If I Have Questions?**

- Visit our website at ***www.socialsecurity.gov*** for more information about Social Security.
- Call us toll-free at **1-800-772-1213** (TTY **1-800-325-0778**) if you have questions. If you speak Spanish, press 7. For other languages, wait until we answer, and then ask for an interpreter.
- Contact your local Social Security office, or contact any United States embassy or consulate office when outside the United States.

2250 NOSTRAND AVE
BROOKLYN NY 11210

**Help For Elders**

The Eldercare Locator is a free service of the U.S. Administration on Aging. Call **1-800-677-1116** or visit ***www.eldercare.gov*** to learn about financial, employment, legal, and caregiving help for seniors.



Exhibit 15 (Page 2 OF 3)

National Benefit Fund • Health Care Employees Pension Fund
Greater New York Benefit Fund • Greater New York Pension Fund
Home Care Employees Benefit Fund • Home Care Employees Pension Fund
BENEFITS ARE SUBJECT TO EACH FUND'S SUMMARY PLAN DESCRIPTION (SPD) AND THE DISCRETION OF THAT FUND

330 WEST 42ND STREET | NEW YORK, NY 10036-6977 | WWW.1199SEIUBENEFITS.ORG
FOR BENEFIT AND PENSION FUNDS (646) 473-9200 | FOR RETIREES (646) 473-8666 | FOR PROVIDERS (646) 473-7160

April 13, 2016

ETERI KHOLOST
1580 E 13TH ST
APT 2M
BROOKLYN, NY 11230-7127

Member ID#: 9027592488

Dear Sir/Madam:

Please be advised that Eteri Kholost is receiving a lifetime pension benefit.

The pension benefit became effective on 05/01/2013. The pensioner's gross monthly 75% J&S pension benefit is $75.00, which is inclusive of any subsequent increases approved by Trustees.

Should you have any questions or concerns, please contact us at (646) 473-8666.

Sincerely,

Retiree Services Center

Cc: Eteri Kholost

Exhibit 15 (Page 3 OF 3)

2642188

# Your Benefit Amount

BENEFICIARY'S NAME: LEONID LEONTIEV

We review Social Security benefits each year to make sure they keep up with the cost of living. The law does not permit an increase in benefits when there is no increase in the cost of living. So your benefit will stay the same in 2016. There was no increase in the cost of living during the past year based on the Consumer Price Index (CPI) published by the Department of Labor. The CPI is the Federal government's official measure used to calculate cost of living increases.

**How Much Will I Get And When?**

| | |
|---|---|
| • Your monthly amount (before deductions) is | $299.00 |
| • The amount we deduct for Medicare medical insurance is (If you did not have Medicare as of November 20, 2015, or if someone else pays your premium, we show $0.00.) | $0.00 |
| • The amount we deduct for your Medicare prescription drug plan is (If you did not elect withholding as of November 1, 2015, we show $0.00.) | $0.00 |
| • The amount we deduct for voluntary Federal tax withholding is (If you did not elect voluntary tax withholding as of November 20, 2015, we show $0.00.) | $0.00 |
| • After we take any other deductions, you will receive on or about Dec. 31, 2015. | $299.00 |

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

**What If I Have Questions?**

- Visit our website at *www.socialsecurity.gov* for more information about Social Security.
- Call us toll-free at **1-800-772-1213** (TTY **1-800-325-0778**) if you have questions. If you speak Spanish, press 7. For other languages, wait until we answer, and then ask for an interpreter.
- Contact your local Social Security office, or contact any United States embassy or consulate office when outside the United States.

2250 NOSTRAND AVE
BROOKLYN NY 11210

**Help For Elders**

The Eldercare Locator is a free service of the U.S. Administration on Aging. Call **1-800-677-1116** or visit *www.eldercare.gov* to learn about financial, employment, legal, and caregiving help for seniors.

Exhibit 16 (Page 1 of 5)

*NOTE: Please print this form, provide complete information, and return to RealPage, Inc.*

**MAIL:** RealPage, Inc.
LeasingDesk Consumer Relations
4000 International Parkway
Carrollton, Texas 75007

**FAX:** (800) 866-8736
**E-MAIL:** consumer.dispute@realpage.com

==============================================================================

**CONSUMER DISPUTE FORM**

**Today's Date:** 09/16/2016

**Full Name:** ETERI KHOLOST

**Mailing Address:** 1580 EAST 13TH St. APT. 2M
BROOKlyn, NY, 11230

**Daytime Phone:** (718) 998-6725 **Fax Number:** ____________

**E-mail address:** ____________

**Apartment Community at which you applied for residence:** Bensonhurst Housing for the Elderly, 2164, 78TH St. Brooklyn **City, State** NY, 11214

**Disputed Information:** Please describe below in as much detail as possible that information that you contend is inaccurate or incomplete. If you have the consumer report in which the disputed information appears, please attach a copy of the consumer report and highlight or mark the information that you dispute.

The Trans Union categorically rejects the existance of this "TransUnionHawkAlert" and sent to you the statement (on 07-25-2016). I need an explanation on this alert including the explanation of its codes and trade language. On what facts was it based? I have the right to know it according to the law (FCRA). It's the fourth letter with the same request.

Please note that you may want to consider providing additional documents that you think might be helpful in the resolution of your dispute, such as: relevant court records, divorce decree, payment receipts and/or a copy of your photo i.d./driver's license. A picture verifying your physical description is sometimes helpful in resolving discrepancies in your report. Please provide a daytime telephone number and valid email address so that RealPage can contact you in the event additional information is required.

**Additional Information (Not Required):** After you provide the above information, RealPage will begin and complete the investigation of your dispute and send you a letter with the results of our investigation within thirty (30) days of your request for an investigation. Please note that if our investigation results in a change to your report, our response to you may include a copy of your revised report in some cases. That report may contain information that some people consider sensitive. To ensure that only authorized individuals have access to your report, please provide at least 2 of the following so that RealPage can verify your identity, if necessary:

☑ Copy of state-issued identification (e.g., Driver's License) See the copy on Reverse →

☑ Last four digits of your Social Security Number: 9791

☑ Date of birth: 12-22-1945

☐ Last 3 addresses: I occupy the above-mentioned apartment for 14 years.

And I attached a copy of your credit report.

REALPAGE

Exhibit 16 (Page 2 of 5)

The enlarge copy of state-issued identification

NEW YORK STATE

Commissioner of Motor Vehicles

IDENTIFICATION CARD

ID: 866 407 157 CLASS ID

KHOLOST
ETERI
1580 E 13TH ST APT2M
BROOKLYN NY 11230
DOB: 12-22-45
SEX: F EYES: BR HT: 5-08
E: NONE
R: NONE
ISSUED: 10-07-08 EXPIRES: 12-22-18 4F7YQJ6C03

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

CARROLLTON, TX 75007
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.30 | 0326 |
| Extra Services & Fees (check box, add fee as appropriate) $0.00 | 19 |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.89 | 08/15/2016 |
| Total Postage and Fees $4.19 | |

Sent To REAL PAGE, Inc. Leasing Desk' Consumer Relation
Street and Apt. No., or PO Box No. 4000 International Parkway
City, State, ZIP+4® Carrollton, TX 75007

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 1370 0000 4285 9638







Exhibit 16 (Page 3 of 5)

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
CARROLLTON, TX 75007
OFFICIAL USE

Certified Mail Fee $3.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $2.70
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $0.47
Total Postage and Fees $6.47
0326
12
Postmark Here
09/07/2016

Sent To Real Page Inc
LeasingDesk Consumer Relations
Street and Apt. No., or PO Box No. 4000 International Parkway
City, State, ZIP+4® Carrollton, Texas 75007
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 1370 0000 4289 1799

The enlarge copy

NEW YORK STATE
IDENTIFICATION CARD
ID: 866 407 157 CLASS ID
KHOLOST
ETERI
1580 E 13TH ST APT2M
BROOKLYN NY 11230
DOB: 12-22-48
SEX: F EYES: BR HT: 5-08
E: NONE
R: NONE
ISSUED: 10-07-08 EXPIRES: 12-22-18

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
RealPage, Inc.
LeasingDesk Consumer Relations
4000 International Parkway
Carrollton, Texas 75007

9590 9402 1546 5362 9306 84

2. Article Number (Transfer from service label)
7016 1370 0000 4289 1799

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) TATH
C. Date of Delivery 9-12-16
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Exhibit 16 (Page 4 of 5)

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

CARROLLTON, TX 75007 OFFICIAL USE

7016 1370 0000 4289 1782

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0326 |
| $ | $2.70 | 12 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.47 | 09/16/2016 |
| Total Postage and Fees | $6.47 | |

Sent To Real Page, Inc. Leasing Desk Consumer Relations
Street and Apt. No., or PO Box No. 4000 International Parkway
City, State, ZIP+4® Carrollton, Texas 75007

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

The enlarge copy

NEW YORK STATE

IDENTIFICATION CARD

ID: 866 407 157 CLASS ID

KHOLOST
ETERI
1580 E 13TH ST APT2M
BROOKLYN NY 11230
DOB: 12-22-46
SEX: F EYES: BR HT: 5-08
E: NONE
R: NONE
ISSUED: 10-07-08 EXPIRES: 12-22-18

Eteri Kholost

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Real Page, Inc.
Leasing Desk Consumer Relations
4000 International Parkway
Carrollton, Texas 75007

9590 9402 1546 5362 9306 53

2. Article Number (Transfer from service label)
7016 1370 0000 4289 1782

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) TDTH
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

LEASINGDESK
Point of Lease Systems

2201 Lakeside Boulevard
Richardson, TX75082-4305
Phone 866-934-1124
Fax 972-820-3608
www.realpage.com

September 19, 2016

Eteri Kholost
1580 E 13th Street Apt 2M
Brooklyn, NY 11230-7127

SF03730101

Dear Eteri Kholost,

Thank you for notifying LeasingDesk regarding the accuracy, completeness and/or use of certain information that is contained in your consumer file.

**It alerts credit grantors to check the identification of the person making the application to ensure that the applicant is the actual customer. This statement is not part of the credit file; any dispute regarding identification information should be referenced to the specific identification information in dispute on the credit file.**

Should you need to dispute a specific item on your consumer report, we would be happy to assist you. If this is true, you may resubmit your dispute or contact us for additional questions.

You have the right to file with LeasingDesk a brief statement disputing any of the information contained in your file. If you choose to do so, then LeasingDesk will include the statement or a summary of it in future reports that LeasingDesk prepares.

Enclosed is a summary of your rights under the Fair Credit Reporting Act and certain other documents that may be required if you are a resident of a state that may require LeasingDesk to provide you with additional information. Please feel free to contact us with any questions you may have regarding this matter at (866) 934-1124 during normal business hours. You also may contact us in writing at RealPage, 4000 International Parkway, Carrollton, Texas 75007.

Sincerely,

**Consumer Dispute**
The Consumer Disputes Team
**Leasing Desk Operations**
2201 Lakeside Blvd
Richardson, TX 75082-4305
1-866-934-1124

COMMENTS of PLAINTIFFS

Their "it" is not part of "Additional Information" of Trans Union credit reports (Exhibits 11, 12). That means they commited an action against us.

This letter ended our correspondence.

Exhibit 17 (Page 1 of 3)

From: Eteri Kholost
1580 E 13TH St. APT. 2M
BROOKLYN, NY, 11230
(718) 998-6725

To: Danessa Gaston (manager)
Bensonhurst Housing for Elderly management
2164 78TH St.,
BROOKLYN, NY, 11224

Date: 05/11/2016

Dear Ms. Gaston!

I am sending you the third letter about your mistakes. (THe thirst letter was regular; the second and the third — certified.)

We have no the fraud or the hawk alerts. Our joint (with my husband) monthly income is not $2370. It is $ 1,185. Our annual income is not $ 28,440. It is $14,220.

Where did you get such figures? And what for?!

Sincerely,

Eteri Kholost

Attached is the TRANS Union Personal Credit Report that you requested. Earlier I sent you two of this.



Exhibit 17 (Page 2 of 3)

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

BROOKLYN, NY 11214 OFFICIAL USE

7015 1520 0001 4616 9897

| | |
|---|---|
| Certified Mail Fee $ $3.30 | 0326 13 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $0.47 | |
| Total Postage and Fees $ $3.77 | 04/22/2016 |

Sent To DANESSA GASTON (manager) Bensonhurst Housing for Elderly

Street and Apt. No., or PO Box No. 2164 78TH St.

City, State, ZIP+4® Brooklyn, NY, 11214

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

BROOKLYN, NY 11214 OFFICIAL USE

7016 0910 0000 1949 6731

| | |
|---|---|
| Certified Mail Fee $ $3.30 | 0326 23 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $0.47 | |
| Total Postage and Fees $ $3.77 | 05/12/2016 |

Sent To Danessa Gaston, Property Manager Bensonhurst Housing for the Elderly

Street and Apt. No., or PO Box No. 2164 78TH St., management

City, State, ZIP+4® Brooklyn, NY, 11214

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Khotost ETERI
1580 E 13TH St. APT. 2M
BROOKLYN, NY, 11230-7127

U.S. POSTAGE PAID
BROOKLYN, NY
11229
MAY 12 16
AMOUNT
$3.77
R2304N118065-23
1000
11214

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL

7016 0910 0000 1949 6731

Danessa Gaston, Property Manager
Benson hurst Housing for the Elderly
2164 78TH St. management
BROOKLYN, NY, 11214

N/C
1 RO 24

NIXIE 101 5E 1 0006/07/16
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 11230712743 *2245-02193-12-44

37

ETERI KHOLOST
1580 E 13TH St, APT 2M
BROOKLYN, NY, 11230

1000
11214

U.S. POSTAGE PAID
BROOKLYN, NY
11229
APR 22 16
AMOUNT
$3.30
R2304N118065-13

7015 1520 0001 4616 9897

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL

7015 1520 0001 4616 9897

DANESSA
Bensonhurst Housing for Elderly
2164 78TH St.
BROOKLYN, NY, 11214

N/C
5-17-16

Refused

NIXIE 101 4E 1 0105/14/16
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 11230712743 *2145-06885-22-45

Exhibit 17 (Page 3 of 3)

Exhibit 18

U.S. Department of Housing and Urban Development

NY New York Regional Office

Jacob K. Javits Federal Building

26 Federal Plaza

Suite 3541

New York, NY 10278-0068

HOLLY M. LEICHT

Regional Administrator

(212) 264-8000 - Ext 7190

Fax

(212) 264-0246

Email

Hereby noted that Adam Glantz at HUD is in receipt of papers given to him by Mr. & Mrs Khodost 6/24/2016

Adam Glantz
Rm 3541

NY multifamily HUD
Brooklyn
Senior Project Manager
Brenda Benjamin 212-542-7832
Roy Schaeffer - 212-542-7663

Exhibit 19



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
Multifamily Northeast Region
New York Regional Center
Jacob K. Javits Federal Building
26 Federal Plaza, Suite 3214
New York, NY 10278-0068

OCT 27 2016

Eteri Kholost and Leonid Leontiev
1580 East 13th Street, Apt 2m
Brooklyn, NY 11230

Dear Mrs. Kholost and Mr. Leontiev

Subject: Project Name: Bensonhurst Housing for the Elderly

An important goal of HUD and its housing partners is to provide decent, safe and sanitary housing to qualified persons. The Management Agent/Owner also is responsible to reasonably ensure that its employees and tenants feel safe. Ms. Gaston reported that law enforcement was called after Mr. Leontiev's behavior became threatening. This was confirmed by several witnesses. Management has since made a determination that in the best interest of its current tenants and employees, it cannot allow applicants to move into their development that display this type of behavior and are denying the application based on this. Management will be sending you a formal rejection letter.

Should you have any questions regarding this matter, please call Justine Rivera, Account Executive at (212) 542-7785.

Sincerely,

Christine El Shahat

Christine El Shahat
Chief, Account Executive Branch
Multifamily Northeast Region

PLAINTIFF'S COMMENT

There is no truthful word in this letter. It happened in my presence and I state the following. My husband is absolutely considerate and law-abiding person. Our Landlord, our Primary Physician and our neighbours (we have lived for 15 years in this multifamily building) can confirm it.

But anyway it has nothing to do with our claim.

Eteri Kholost